CITY OF ORLANDO, APPELLANT, VS. GEORGE E. MACY, AP-
PELLEE.

### APPELLATE PRACTICE—RECORDING ENTRY OF APPEAL.— DISMISSAL WHERE FAILURE TO RECORD.

Under Chapter 4528, laws of 1897, the record of the entry of an
appeal in the Chancery Order Book of the Circuit Court
subserves the purpose of notice to the appellee of such
appeal, and is necessary to give the appellate court juris-
diction over the person of such appellee; and where the
appellate court finds no evidence in the transcript or
elsewhere of such record of the entry of appeal, and the
appellee in no manner appears in the appellate court, such
appeal must be dismissed for want of jurisdiction over the
person of the appellee.

This case was decided by Division A.

Appeal from the Circuit Court for Orange county.

The facts in the case are stated in the opinion of the
court.

*Wm. H. Jewell,* for Appellant;

No appearance for Appellee.

PER CURIAM.

The appeal in this cause appears by the transcript of
record to have been entered on July 8th, 1899, returnable
to the January term, 1900, of this court, but there is noth-
ing in the record before us or elsewhere to show that the

entry of appeal has ever been recorded in the Chancery Order Book of the Circuit Court in compliance with the provisions of Chapter 4528, laws of 1897, so as to give this court jurisdiction over the person of appellee, and as the appellee has in no manner appeared here in the cause, the appeal must be dismissed. It is, therefore, hereby ordered that the appeal in said cause be, and the same is hereby, dismissed at the cost of the appellant.